### BALDWIN, Respondent, v. COHEN et al., Appellants.

(Common Pleas of New York City and County, General Term.  May 17, 1894.)

Action by William B. Baldwin against George J. Cohen and others.
Argued before BOOKSTAVER, BISCHOFF, and PRYOR, JJ.
Rodman & Miller, for appellants.
Frank Moss, for respondent.
No opinion.   Ordered that the appeal here be dismissed, and the order confirming the report of the referee be affirmed, with costs.

### CLAFLIN, Appellant, v. NEW YORK STANDARD WATCH CO., Respondent.

(Common Pleas of New York City and County, General Term.   May 17, 1894.)

Action by John Claflin and others against the New York Standard Watch Company.
Argued before BOOKSTAVER, BISCHOFF, and PRYOR, JJ.
Chas. W. Gould, for appellant.
John W. Weed, for respondent.
No opinion.   Motion for leave to appeal to the court of appeals denied, with $10 costs.   See 23 N. Y. Supp. 324;  28 N. Y. Supp. 42.

### DOHERTY, Respondent, v. LORD et al., Appellants.

(Common Pleas of New York City and County, General Term.   May 17, 1894.)

Action by John Doherty against Samuel Lord, Jr., and another.
Argued before BOOKSTAVER, BISCHOFF, and PRYOR, JJ.
Henry Tompkins, for appellants.
W. T. B. Millican, for respondent.
No opinion.   Motion for reargument denied, with $10 costs.   See 25 N. Y. Supp. 752;  28 N. Y. Supp. 720.

### IVES, Respondent, v. QUINN, Appellant.

(Common Pleas of New York City and County, General Term.   May 17, 1894 )

Action by Grace D. Ives against Peter Quinn.
Argued before BOOKSTAVER, BISCHOFF, and PRYOR, JJ.
Ph. Carpenter, for appellant.
Wakeman & Campbell, for respondent.
No opinion.   Motion for reargument denied, with $10 costs.   See 28 N. Y. Supp. 267.

### JACKSON, Respondent, v. RODE, Appellant.

(Common Pleas of New York City and County, General Term.   May 17, 1894.)

Action by John Jackson against Frederick Rode.
Argued before BOOKSTAVER, BISCHOFF, and PRYOR, JJ.
George Hill, for appellant.
Alderson & Hinds, for respondent.
No opinion.   Motion for reargument denied, with $10 costs.   See 28 N. Y. Supp. 147.